**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|   |   |
|---|---|
| FINISHMASTER, INC. ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:12CV491 |
| ) | AJT/JFA |
| JLD, INC. d/b/a COLOR SOLUTIONS, INC.; ) | |
| CAPITAL COLLISION CENTER, INC.; ) | |
| NIMIR FARHOOD a/k/a NICK FARHOOD; and ) | |
| KARIM ZAKHOUR a/k/a KJ ZAKHOUR ) | |
| Defendants. ) | |

**JOINT MOTION TO CONTINUE ARGUMENT ON MOTION TO DISMISS
PURSUANT TO RULE 12(B)(6) AND RULE 12(B)(1)**

Plaintiff Finishmaster, Inc., and Defendants JLD, Inc., d/b/a Color Solutions, Inc., Capital Collision Center, Inc., Nimir Farhood a/k/a Nick Farhood and Karim Zakhour a/k/a KJ Zakhour. Karim Zakhour, through counsel, hereby file this Joint Motion to Continue the hearing on Defendants' Motion to Dismiss, from July 20, 2012 to July 27, 2012.

The parties have agreed on a settlement in principle, but have not yet signed an agreement. The extra week allows the parties to finalize the agreement.

The parties understand that either they should submit a dismissal stipulation before the hearing or appear for argument on July 27, 2012.

Dated: July 16, 2012.

                                                                 Respectfully submitted,

                                                                 /s/ George R. A. Doumar
                                                                 George R.A. Doumar (VA #26490)
                                                                Alison Villarivera (VA #82760)

2

Doumar Martin, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22201
(703) 243-3737
Fax: (703) 919-2910
e-mail: gdoumar@doumarmartin.com

Attorneys for Defendants


/s/ Christen H. McCarthy_____
Christen H. McCarthy (40644)
Barnes & Thornburg LLP
1717 Pennsylvania Ave., NW
Suite 500
Washington, DC 20006
Phone: (202) 371-6371
Fax: (202) 289-1330

Attorneys for Plaintiffs


**Certificate of Service**

     I hereby certify that on this 16th day of July 2012, I served a copy of the foregoing, via ECF, to the following:

    Christen H. McCarthy (40644)
    Barnes & Thornburg LLP
    1717 Pennsylvania Ave., NW
    Suite 500
    Washington, DC 20006
    Phone: (202) 371-6371
    Fax: (202) 289-1330


Attorney for Plaintiff


/s/ George R. A. Doumar_____
George R.A. Doumar (26490)
Alison Villarivera (82760)
Doumar Martin, PLLC
2000 N. 14th Street

        Suite 210
        Arlington, VA 22201
        (703) 243-3737
        Fax: (703) 919-2910
        E-mail: gdoumar@doumarmartin.com

        Attorneys for Defendants