IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|   |   |   |
|---|---|---|
| FINISHMASTER, INC., | ) | |
|              Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 1:12CV491 AJT/JFA |
| JLD, INC. d/b/a COLOR SOLUTIONS, INC., CAPITAL COLLISION CENTER, INC., NIMIR FARHOOD a/k/a NICK FARHOOD, and KARIM ZAKHOUR a/k/a KJ ZAKHOUR | ) ) ) ) ) | |
|             Defendants. | ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties have reached a settlement on specific terms and conditions.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff FinishMaster, Inc. hereby dismisses its claims against Defendants JLD, Inc. d/b/a Color Solutions, Inc., Capital Collision Center, Inc., Nimir Farhood a/k/a Nick Farhood, and Karim Zakhour a/k/a KJ Zakhour. This dismissal is to be with prejudice and without an award of costs or attorneys' fees to any party.

| | |
|---|---|
| s/Christine H. McCarthy | s/ George R.A. Doumar |
| Christine H. McCarthy (VA #40644) | George R.A. Doumar (VA #26490) |
| BARNES & THORNBURG LLP | Alison Villarivera (VA #82760) |
| 1717 Pennsylvania Ave. N.W. | Doumar Martin, PLLC |
| Suite 500 | 2000 N. 14th Street |
| Washington, DC 20006 | Suite 210 |
| | Arlington, VA 22201 |
| Counsel for Plaintiff FinishMaster, Inc. | |
| | Counsel for Defendants JLD, Inc. d/b/a Color Solutions, Inc., Capital Collision Center, Inc., and Nimir Farhood |

- 2 -

## Certificate of Service

I hereby certify that on this 26th day of July, 2012, I served a copy of the foregoing, via ECF, to the following:

George R.A. Doumar (VA #26490)
Alison Villarivera (VA #82760)
Doumar Martin, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22201
(703) 243-3737
Fax: (703) 919-2910
e-mail: gdoumar@doumarmartin.com

Counsel for Defendant JLD, Inc. d/b/a Color Solutions, Inc., Capital Collision Center, Inc., and Nimir Farhood

_[signature]_
_____